**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DOUGLAS JOHNSON**                                           **PLAINTIFF**

**VS.**                      **CASE NO. 4:16CV650-JJV**

**CINDY GILLESPIE, in her official capacity
as the Director of the Arkansas Department
of Human Services**                              **DEFENDANT**

## ENTRY OF APPEARANCE

Comes now the Plaintiff, Douglas Johnson, by and through his attorney, Justin S. Elrod., and files this Entry of Appearance of Attorneys of Record giving notice to this Court and all concerned parties that the undersigned has been engaged as an additional attorney of record for the Plaintiff in this matter.

                                               Respectfully submitted,
                                               Douglas Johnson, *Plaintiff*

By:    */s/ Justin S. Elrod*
               THE ELROD FIRM
               Justin S. Elrod, Ark. Bar No. 2005143
               Landers Corporate Plaza, Bldg. 100
               22461 Interstate 30
               Bryant, Arkansas 72022
               Phone:   501-847-1311
               Fax:     501-847-1774
               Justin@ElrodFirm.com
               *Attorney for Plaintiff*

**[Remainder Intentionally Blank]**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Ms. Angela Foster, Esq.
*Counsel for DHS*

Mr. Nick R. Windle, Esq.
*Counsel for DHS*

*/s/ Justin S. Elrod*
Justin S. Elrod